# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0600
LT Case Nos. 2017-CF-006226-A
2017-CF-003194-A

_____

JONATHAN L. SUMMERS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Certiorari Review of Order from the Circuit
Court for Duval County,
London M. Kite, Judge.

Jonathan L. Summers, Crawfordville, pro se.

Ashley Moody, Attorney General and Michael McDermott, Senior
Assistant Attorney General, Tallahassee, for Respondent.

November 15, 2024

PER CURIAM.

By petition for writ of certiorari, Jonathan L. Summers seeks review of an order dismissing his timely motion for sentence modification pursuant to Florida Rule of Criminal Procedure 3.800(c). Because the trial court did not reach the merits of the motion, we quash the circuit court's order and remand the matter

for reconsideration on its merits. *See Evans v. State,* 691 So. 2d 63 (Fla. 5th DCA 1997).

ORDER QUASHED and REMANDED with instructions.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____